[No. 8307–4–I.   Division One.   April 27, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. MARK L. PALMER, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 79–1–00418–3, Thomas G. McCrea, J., entered December 28, 1979. *Affirmed* by unpublished opinion per Andersen, J., concurred in by Swanson and Durham, JJ.

[No. 7788–1–I.   Division One.   April 27, 1981.]

HAYWOOD ERWING, JR., ET AL, *Appellants,* v. NORTH-WESTERN COLLECTION SERVICE, INC., *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 845761, Stanley C. Soderland, J., entered June 12, 1979. *Affirmed* by unpublished opinion per Callow, J., concurred in by James, C.J., and Ringold, J.

[No. 8765–7–I.   Division One.   April 27, 1981.]

B. BRUCE MILLER, *Appellant,* v. OLIVER E. HENDERSON, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 849494, F. A. Walterskirchen, J. Pro Tem., entered March 31, 1980. *Dismissed* by unpublished per curiam opinion.